**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1. **BILLY E. BROWN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 15-cv-00191-CVE-TLW** |
| vs. | ) | |
| | ) | |
| 1. **T.D. WILLIAMSON, INC., a domestic for profit business corporation,** | ) ) ) | |
| **Defendant.** | ) | |

**NOTICE OF SETTLEMENT**

**COME NOW** Plaintiff Billy E. Brown, along with Defendant T.D. Williamson, Inc., jointly and by and through their respective counsel of record, to notify the Court that settlement in this matter has been reached through mutual agreement of the parties. Accordingly, the parties request that the Court strike the remaining Scheduling Order deadlines as moot, and issue an Administrative Closing Order which provides the parties 45 days, or another period of time the Court deems appropriate, to consummate their agreement and file a Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,

**KEESLING LAW GROUP, PLLC**

/s/ Timothy S. Kittle
David R. Keesling, OBA No. 17881
Timothy S. Kittle, OBA No. 21979
11114 South Yale Avenue, Suite B
Tulsa, Oklahoma 74137
(918) 924-5101 – Telephone
(918) 512-4888 – Facsimile
David@KLGattorneys.com
Tim@KLGattorneys.com
*Attorneys for Plaintiff:*
*Billy E. Brown*

    \*/s/ Jonathan G. Rector
*(\*Signed with consent of Counsel for Defendant)*
Jonathan G. Rector, OBA No. 30691
**LITTLER MENDELSON, P.C.**
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, Texas 75201-2931
(214) 880-8100 – Telephone
(214) 880-0181 – Facsimile
jrector@littler.com
*Attorneys for Defendant:*
*T.D. Williamson, Inc.*