## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **BILLY E. BROWN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 15-CV-0191-CVE-TLW |
| | ) |
| **T.D. WILLIAMSON, INC.,** | ) |
| | ) |
| Defendant. | ) |

### ADMINISTRATIVE CLOSING ORDER

This case comes before the Court on the parties joint notice of settlement (Dkt. # 17) wherein the parties seek administrative closure. Based upon the parties' representation and for good cause shown, the Court finds that the motion should be and is hereby **granted**.

**IT IS THEREFORE ORDERED** that, pursuant to LCvR 41.1, that the Court Clerk is directed to **administratively close** this case pending either an order of the Court reopening the action, or until this case is dismissed with prejudice by stipulation of the parties.

**IT IS FURTHER ORDERED** that all scheduled deadlines, including the December 4, 2015 settlement conference, the March 4, 2016 pretrial conference, and the March 21, 2016 jury trial, are hereby **stricken. The parties shall file a fully-executed joint stipulation of dismissal no later than December 10, 2015.**

**IT IS SO ORDERED** this 26th day of October, 2015.

CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE