#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.    **BILLY E. BROWN,** | ) | |
|         **Plaintiff,** | ) ) ) | Case No. 15-cv-00191-CVE-TLW |
| vs. | ) ) | |
| 1.    **T.D. WILLIAMSON, INC.,** a domestic for profit business corporation, | ) ) ) | |
|         **Defendant.** | ) | |

### JOINT STIPULATION OF DISMISSAL

**COME NOW** Billy E. Brown, along with Defendant T.D. Williamson, Inc., jointly and by and through their respective counsel of record, and jointly stipulate to dismissing this matter with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). All claims related to this matter are hereby dismissed with prejudice to the re-filing of the same, and no party asserts or admits to any liability on the part of any other party. Each party will bear his /its own costs related to this matter. As a result of this dismissal, there are no remaining defendants or claims.

Respectfully submitted,

**KEESLING LAW GROUP, PLLC**

/s/ Timothy S. Kittle
David R. Keesling, OBA No. 17881
Timothy S. Kittle, OBA No. 21979
11114 South Yale Avenue, Suite B
Tulsa, Oklahoma 74137
(918) 924-5101 – Telephone
(918) 512-4888 - Facsimile
David@KLGattorneys.com
Tim@KLGattorneys.com
*Attorneys for Plaintiff:*
*Billy E. Brown*

*/s/ Jonathan G. Rector
*(\*Signed with consent of Counsel for Defendant)*
Jonathan G. Rector, OBA No. 30691
**LITTLER MENDELSON, P.C.**
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, Texas 75201-2931
(214) 880-8100 – Telephone
(214) 880-0181 – Facsimile
jrector@littler.com
*Attorneys for Defendant:*
*T.D. Williamson, Inc.*